TIONNA DOLIN (SBN 299010)
 e-mail: tdolin@slpattorney.com
CINELA AZIZ (SBN 318192)
 e-mail: caziz@slpattorney.com
STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1840 Century Park East, Suite 430
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
SISSY XUE formerly known as FUYU XUE and LENNY LAU

STEPHEN H. DYE (SBN 104385)
 e-mail: sdye@schnader.com
CHARLES F. HARLOW (SBN 200702)
 e-mail: charlow@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, Suite 1900
San Francisco, California 94108-2736
Telephone: (415) 364-6700
Facsimile: (415) 364-6785

Attorneys for Defendants
FORD MOTOR COMPANY and PERRY FORD OF POWAY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SISSY XUE formerly known as FUYU XUE and LENNY LAU,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; PERRY FORD OF POWAY; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 5:19-cv-07409-BLF**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SANTA CLARA FROM UNITED STATES DISTRICT COURT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>State Action Filed: October 7, 2019<br>Trial Date: None assigned |

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |

The Court, having considered the Joint Stipulation of Plaintiffs SISSY XUE formerly known as FUYU XUE and LENNY LAU Defendants FORD MOTOR COMPANY and PERRY FORD OF POWAY to allow Plaintiffs' action to be remanded from the United States District Court for the Northern District of California to the Superior Court of the State of California for the County of Santa Clara; and,

Upon finding that good cause exists, this Court issues the following order:

1. Plaintiffs' action shall be **REMANDED** to the Superior Court of the State of California for the County of Santa Clara.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 30, 2019

*/s/ Beth Labson Freeman*
Beth Labson Freeman
Judge, United State District Court

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, 1840 Century Park East, Suite 430, Los Angeles, CA 90067.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REMANDING TO SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SANTA CLARA FROM UNITED STATES DISTRICT COURT**

on the interested parties in said case as follows:

**Served Electronically
Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on December 27, 2019.

/s/ Cinela Aziz
Cinela Aziz
Attorney for Plaintiffs